IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-01374-PSF-OES

JAMES A. GOETTSCH; and
LESLIE GOETTSCH,

    Plaintiffs,

v.

FORD MOTOR COMPANY,

    Defendant.

---

## ORDER UPON NOTICE OF SETTLEMENT

---

The parties have informed the Court that a settlement is forthcoming in this matter. It is hereby

ORDERED that settlement documents be filed with the Court no later than **October 12, 2005.** The final trial preparation date of October 14, 2005 and the two-week trial beginning October 24, 2005 will remain on the Court's docket until an appropriate order of dismissal is issued by the Court.

DATED: October 3, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge